**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  JEFFREY KENNETH AMORE,    :    Bankruptcy No.: 16-18103 -REF
                                  :
         Debtor.                  :    CHAPTER 13

**ADDENDUM TO DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN**

AND NOW comes the Debtor, Jeffrey Amore, by and through his attorney, Patrick J. Best, Esquire, of ARM Lawyers who hereby submits this Addendum to the Debtor's Proposed Third Amended Chapter 13 Plan.

1. On September 13, 2017, the Debtor filed a proposed Third Amended Chapter 13 Plan with this Honorable Court (Docket No. 27).

2. The Debtor's Third Amended Plan called for "the Debtor to pay $1,441.88 per month to the Chapter 13 Trustee Starting September 2017 for approximately 49 months and a one-time payment for Month 60."

    a. The duration of 49 months was an typographical error which is also corrected by virtue of this Addendum.

3. Due to a change in the Trustee's Commission, Paragraph 1(c) would result in the Plan being underfunded.

4. As such, Paragraph 1(c) should read, "Total amount to be paid to Trustee shall not be less than $107,186.68.

5. As a result of the correction to Paragraph 1(c), Paragraph 1(a) should read "Debtor shall pay $1,428.93 per month to the Chapter 13 Trustee starting November 2017 for approximately 48 months and then a one-time payment for Month 60."

    a. The total amount to be paid back in the three tiers are also corrected as follows:

    i. Month 1 (12/2019) – Month 11 (10/2017) – Total Paid to Date: $10,223.96;

    ii. Month 12 (11/2017) – Month 59 (10/2021) – Total to be Paid: $68,588.64;

    iii. Month 60 (11/2021) – Total Payment: $28,374.00 (One-Time Monetary Gift from Debtor's Parents).

6. The undersigned respectfully submits this Addendum in order to have the Debtor's Third Amended Chapter 13 Plan confirmed by this Honorable Court.

Date: <u>November 7, 2017</u>     <u>/s/ Patrick J. Best</u>
Patrick J. Best, Esquire
ARM Lawyers
202 Delaware Avenue
Palmerton, PA 18071
Phone: 484.765.8140
Facsimile: 484.544.8625