# ARM LAWYERS

Nicholas J. Masington, III, Esq.
Brett J. Riegel, Esq.*
Joshua B. Goldberg, Esq.
Patrick J. Best, Esq.*+△
Jason R. Costanzo, Esq.*
   *Also licensed in New Jersey
   +Also licensed in Maryland
   △Also licensed in New York

☑ 18 North 8th Street
Stroudsburg, PA 18360
(570) 424-6899 Tel
(484) 544-8625 Fax

☐ 115 E. Broad Street
Bethlehem, PA 18018
(610) 849-2788 Tel
(484) 544-8625 Fax

☐ 202 Delaware Avenue
Palmerton, PA 18071
(484) 765-8140 Tel
(484) 544-8625 Fax

March 8, 2018

PRA Receivables Management, LLC
c/o Adeanna Hooks
PO Box 41067
Norfolk VA 23541

**Re: JEFFREY AMORE, Pa. E.D. Bankruptcy Case No.: 16-18103-REF**

Dear PRA Receivables Management, LLC:

    With regard to your Proofs of Claim (12-1), (13-1), and (14-1), pursuant to Federal Rule of Bankruptcy Procedure 3001(c)(3)(B), Debtor specifically requests within 30 days of today, you provide in writing any information required by Rule 3001(c)(1) including but not limited to any contract signed by the Debtor evidencing his alleged debt. Should you be unable to provide this contract we ask that you voluntarily withdraw your claims so we need not proceed to hearing.

    If you have any questions, please do not hesitate to contact me.

Very truly yours,

**ARM Lawyers**

BY: _/s/ Patrick J. Best_
Patrick J. Best, Esquire